IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEROME ALLEN BARGO                                                              PLAINTIFF
ADC #75423

v.                                    CASE NO: 5:14CV00078 BSM

WENDY KELLY *et al*.                                                           DEFENDANTS

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young has been received. After carefully considering the objections and making a *de novo* review of the record in this case, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety. Accordingly, plaintiff Jerome Bargo's motion for a temporary restraining order and preliminary injunction [Doc. No. 4] is denied.

IT IS SO ORDERED this 2nd day of September 2014.

_____
UNITED STATES DISTRICT JUDGE