Case 5:14-cv-00078-BSM   Document 72   Filed 04/07/15   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JEROME ALLEN BARGO** **PLAINTIFF**
**ADC #75423**

v.     **CASE NO. 5:14CV00078 BSM**

**WENDY KELLEY, et al.**     **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young have been received without objection. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

Accordingly, plaintiff's motion for summary judgment [Doc. No. 50] and request [*see* Doc. No. 71] to lift the March 24, 2015, protective order [Doc. No. 66] are denied.

DATED this 7th day of April 2015.

_____
UNITED STATES DISTRICT JUDGE