# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JEROME ALLEN BARGO**  **PLAINTIFF**
**ADC #75423**

V.  **CASE NO. 5:14CV00078 BSM-JWC**

**WENDY KELLEY, et al.**  **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Jerry W. Cavaneau and the objections thereto have been received. After carefully considering the objections and making a *de novo* review of the record in this case, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion for summary judgment [Doc. No. 82] is granted in part and denied in part.

2. Defendants' motion is granted to the extent that plaintiff's claims against them in their official capacities for monetary damages are dismissed.

3. Defendants' motion is denied in all other respects.

DATED this 28th day of August 2015.

_____
UNITED STATES DISTRICT JUDGE