**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JEROME ALLEN BARGO**                                                                      **PLAINTIFF**
**ADC #75423**

V.                              NO: 5:14CV00078 BSM/PSH

**WENDY KELLEY, et al.**                                                                      **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Patricia S. Harris and plaintiff's objections thereto have been reviewed. After carefully considering the documents and making a *de novo* review of the record in this case, the proposed findings and partial recommended disposition are hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's motion for a temporary restraining order and preliminary injunction [Doc. No. 104] is denied.

IT IS SO ORDERED this 18th day of September 2015.

_____
UNITED STATES DISTRICT JUDGE